MDLOUT

# U.S. District Court
## Middle District of Florida (Jacksonville)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00279-VMC-TEM
### Internal Use Only

Hernandez-Gallegos v. Pfizer, Inc.
Assigned to: Judge Virginia M. Hernandez Covington
Referred to: Magistrate Judge Thomas E. Morris
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/06/2007
Date Terminated: 06/04/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Mary Hernandez-Gallegos**     represented by    **Donald F. Black**
Harrell & Harrell, PA
4735 Sunbeam Rd
Jacksonville, FL 32257
904/251-1111
Fax: 904/251-1110
Email: dblack@harrellandharrell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin A. Juzapavicus**
Spohrer, Wilner, Maxwell & Matthews, PA
Suite 2
701 W Adams St
Jacksonville, FL 32204
904/354-8310
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**
*a foreign corporation*     represented by    **Edward W. Gerecke**
Carlton Fields, PA
4221 W Boy Scout Blvd - Ste 100
PO Box 3239
Tampa, FL 33601-3239
813/223-7000
Fax: 813/229-4133
Email: egerecke@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2007 | 1 | COMPLAINT against Pfizer, Inc.; jury demand (Filing fee $ 350 receipt number J25612) filed by Mary Hernandez-Gallegos.(DH ) (Entered: 04/06/2007) |
| 04/06/2007 |  | Summons issued as to Pfizer, Inc. (DH ) (Entered: 04/06/2007) |
| 04/06/2007 | 2 | AMENDED STANDING ORDER: Filing of documents that exceed twenty-five pages. Signed by All Divisional Judges on 5/25/2005. (DH ) (Entered: 04/06/2007) |

| | | |
|---|---|---|
| 05/07/2007 | 3 | Unopposed MOTION for extension of time to file answer or otherwise plead by Pfizer, Inc.. (Gerecke, Edward) Motions referred to Magistrate Judge Thomas E. Morris. (Entered: 05/07/2007) |
| 05/07/2007 | 4 | NOTICE by Pfizer, Inc. *Federal Rule of Civil Procedure 7.1 Disclosure Statement* (Gerecke, Edward) (Entered: 05/07/2007) |
| 05/08/2007 | 5 | ENDORSED ORDER granting 3 Motion for extension of time to answer or respond.. Signed by Judge Thomas E. Morris on 5/8/2007. (WB, ) (Entered: 05/08/2007) |
| 05/09/2007 | 6 | NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 5/9/2007. (JMAP, ) (Entered: 05/09/2007) |
| 05/14/2007 | 7 | ANSWER and affirmative defenses to complaint with Jury Demand by Pfizer, Inc.. (Gerecke, Edward) (Entered: 05/14/2007) |
| 05/14/2007 | 8 | Unopposed MOTION to stay all proceedings pending transfer to multidistrict litigation proceeding by Pfizer, Inc.. (Gerecke, Edward) (Entered: 05/14/2007) |
| 06/04/2007 | 9 | MULTIDISTRICT LITIGATION panel order transferring case to: Northern California MDL case number: 05-1699 (LRB) (Entered: 06/05/2007) |