IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| IN Re: BEXTRA and CELEBREX MARKETING SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | MDL 1699 |
| This document relates to: Mary R. Hernandez-Gallegos | 07-02931-CRB (Transfer Case) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between all parties, through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), that the claims of Plaintiff Mary R. Hernandez-Gallegos in this action are dismissed **with prejudice** with each side bearing its own attorneys' fees and costs.

By: *Donald F. Black*

Donald Black, Esquire
Harrell & Harrell
4735 Sunbeam Road
Jacksonville, FL 32257
Attorney for Plaintiff

Dated: January 11, 2010

By: /s/ Loren Brown

Loren H. Brown, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Ph: (212) 335-4846
Attorney for Defendant

Dated: January 11, 2010

028762.000841.1063930.1

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

**IT IS SO ORDERED.**

DATED: JAN 19 2010, 2010

---
Hon. Charles R. Breyer
United States District Court